## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

MARTIN MARCEAU,

                 Plaintiff,

vs.

UNITED STATES OF AMERICA,

                 Defendant.
_____

ANITA STEVENS,

                 Plaintiff,

vs.

UNITED STATES OF AMERICA,

                 Defendant.

CV-14-90-GF-BMM
CV-15-61-GF-BMM

**ORDER**

      Based upon the record developed in open court on August 9, 2016,

      IT IS ORDERED: Plaintiffs' Motion for Partial Summary Judgment (Doc. 32 in Cause CV 14-90-GF-BMM, and Doc. 21 in Cause CV 15-61-GF-BMM) is DENIED for the reasons stated in open court.

      DATED this 9th day of August, 2016.

_____
Brian Morris
United States District Court Judge