**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **MARTIN MARCEAU,**<br><br>　　　　　　**Plaintiff,**<br><br>**vs.**<br><br>**UNITED STATES OF AMERICA,**<br><br>　　　　　　**Defendant.** | **CV 14-90-GF-BMM (Lead Case)**<br>**CV 15-61-GF-BMM**<br><br>**ORDER** |
| **ANITA STEVENS,**<br><br>　　　　　　**Plaintiff,**<br><br>**vs.**<br><br>**UNITED STATES OF AMERICA,**<br><br>　　　　　　**Defendant.** | |

Upon consideration of the Stipulation for Dismissal entered into between the parties in the above-consolidated cases,

1

IT IS HEREBY ORDERED that the claims of plaintiffs, Martin Marceau and Anita Stevens, against defendant, United States, are dismissed with prejudice as fully compromised and settled on the merits, each party to bear their own costs and expenses.

DATED this 26th day of January, 2017.

_____
Brian Morris
United States District Court Judge